RECEIVED

AUG 2 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MAHAMMOD HASONAD                    DOCKET NO:1:13-cv-03038

VERSUS
                                    JUDGE STAGG
OAKDALE CORRECTIONAL COMPLEX        MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hasonad's petition is DENIED and the matter is dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana on this 25th day of August, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE